

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00527-CV

**STAGG RESTAURANTS, LLC** d/b/a McDonalds #24388,
Appellants

v.

Fred **SERRA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17438
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal. Appellee's brief was originally due October 8, 2018. On the due date, appellee filed a motion for extension of time asking for an additional fourteen days in which to file the brief. This court granted the motion and ordered appellee to file his brief in this court on or before October 22, 2018. Again on the due date, appellee filed a second motion for extension of time, asking for another seven days in which to file his brief. After review, we granted the motion and ordered appellee to file his brief in this court on or before October 29, 2018. No brief was filed. The clerk's office of this court contacted counsel for appellee by telephone and was advised that a third extension would be filed in this court on November 2, 2018. Neither the brief nor an extension was filed. Accordingly, on November 7, 2018, the clerk's office of this court again contacted counsel for appellee by telephone. Counsel advised that he would filed an extension of time to file the brief by November 8, 2018. Again, neither the brief nor an extension has been filed, and counsel for appellee has not contacted this court. Accordingly, we **ORDER** appellee to file his brief in this court **on or before November 21, 2018** – a total of forty-four days from the original due date. **Appellee is advised that no further extension of time to file appellee's brief will be granted. If appellee fails to file the brief by the due date the matter will be submitted without an appellee's brief.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court